```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  UNITED STATES OF AMERICA,                                 :
                                                            :
                                                            :     21 Cr. 587 (LGS)
                 -against-                                  :
                                                            :     SCHEDULING ORDER
  THOMAS PARKER, SR., THOMAS PARKER,                        :
  JR., AND ASHINE MCRAE,                                    :
                                              Defendants,   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference is currently scheduled for March 23, 2022 at 4:30 p.m.

WHEREAS the deadline for Defendants Thomas Parker, Sr. and Thomas Parker Jr. to file pretrial motions has passed and no motions have been filed.

WHEREAS Defendant Ashine McRae, and the Government filed a joint letter dated February 22, 2022 (the "Letter"), proposing dates to produce discovery, a briefing schedule for motions, dates for a pretrial conference, and seeking the exclusion of time through the date of the pretrial conference. (Dkt. No. 21)  It is hereby

**ORDERED** that the Government shall produce any Rule 16 discovery by **March 11, 2022**.  It is further

**ORDERED** that Defendant McRae's motion(s), if any, shall be filed by **June 13, 2022**. The Government's response shall be filed by **June 27, 2022**.  Defendants' reply shall be filed by **July 7, 2022**.  It is further,

**ORDERED** that the status conference currently scheduled for March 23, 2022, is adjourned to **March 30, 2022, at 11:45 a.m**.  The parties shall be prepared to discuss dates for a trial and pretrial submissions at this conference.  It is further

**ORDERED** that for the reasons stated in the Letter, the Court finds that the ends of justice served by excluding the time between today until March 30, 2022, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).  The time between today and March 30, 2022, is hereby excluded.

The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule.  Furthermore, no extensions will be granted absent extraordinary circumstances.

The Clerk of the Court is directed to terminate the letter motion at docket number 21.

Dated: February 24, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE