UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
  UNITED STATES OF AMERICA,                                :
                                                           :
                                                           :                21 Cr. 587 (LGS)
              -against-                                     :
                                                           :                ORDER
  THOMAS PARKER JR., et al.,                                :
                                    Defendants,  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        It is hereby **ORDERED** that the conference previously scheduled for March 30, 2022,

is adjourned to **May 16, 2022, at 4:30 p.m.**


Dated:  March 29, 2022
        New York, New York

                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE