UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                         :
  UNITED STATES OF AMERICA,                              :
                                                         :           21 Cr. 587-01 (LGS)
                                                         :
                  -against-                              :           ORDER
                                                         :
  THOMAS PARKER JR,                                      :
                                        Defendant,  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS a conference was held April 5, 2022.  It is hereby

        **ORDERED** that for the reasons stated on the record, Mr. Mark Gombiner is relieved as

counsel for Defendant Thomas Parker Jr.  Mr. Evan Lipton, CJA counsel on duty today, is

appointed as counsel for Defendant Thomas Parker Jr.  It is further

        **ORDERED** that counsel for Defendant Thomas Parker Jr. and the Government shall file

by Tuesday, **April 12, 2022**, a joint letter proposing a schedule for discovery and the filing of

pretrial motions.  It is further

        **ORDERED** that the May 16, 2022, status conference will proceed as scheduled.


Dated:  April 5, 2022
New York, New York

                                        _____
                                                LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE