

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2022

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Thomas Parker, et al.*, **21 Cr. 587 (LGS)**

Dear Judge Schofield:

The Government understands that the upcoming conference in this matter has been adjourned from March 30, 2022 to May 16, 2022. The Government therefore moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), from March 30, 2022 until May 16, 2022. The exclusion of time will allow the Government to produce discovery to defendant Thomas Parker, Jr., who recently retained new counsel, and to confer with defendants Thomas Parker, Sr. and Ashine McRae regarding the potential for a pretrial disposition in this matter.

Application DENIED without prejudice to renewal noting whether all parties consent to the exclusion of time. The Clerk of the Court is directed to terminate the letter motion at docket number 35.

Dated: April 13, 2022
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:   /s/ Mitzi Steiner
Mitzi Steiner
Assistant United States Attorney
(212) 637-2284

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**