UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
  UNITED STATES OF AMERICA,                                :
                                                           :
                                                           :          21 Cr. 587-01 (LGS)
                  -against-                                :
                                                           :          SCHEDULING ORDER
  THOMAS PARKER, JR.,                                      :
                                          Defendant,       :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Thomas Parker Jr.'s sentencing hearing shall be

held on **January 9, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York 10007.   Defendant's pre-sentencing

submission, if any, shall be filed on or before **December 13, 2022**.  The Government's pre-

sentencing submission, if any, shall be filed by **December 16, 2022.**


Dated: September 15, 2022
        New York, New York

                                        _____
                                             **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**